JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBUMNEME GERALD ANAKOR,<br><br>              Petitioner,<br>     vs.<br>ERIC J. HOLDER, ATTORNEY GENERAL,<br><br>              Respondent. | Case No. CV 12-7442-JFW (DTB)<br><br>**J U D G M E N T** |

    In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus filed herein,

    IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice.

DATED: October 31, 2012

                                  JOHN F. WALTER
                                  UNITED STATES MAGISTRATE JUDGE